1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6            FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8   SCOTT N. JOHNSON,                    )
                                         )   2:11-cv-01940-GEB-DAD
9                Plaintiff,              )
                                         )
10        v.                             )   STATUS (PRETRIAL SCHEDULING)
                                         )   ORDER
11  6/49 LIQUOR, INC., Individually      )
    and d/b/a 6/49 Liquors; HIGHLAND     )
12  FAIRE SHOPPING CENTER L.P.,          )
                                         )
13               Defendants.             )
    _____     )

14

15        The status (pretrial scheduling) conference scheduled for

16  hearing on October 31, 2011, is vacated since the parties' Joint Status

17  Report filed on October 17, 2011 ("JSR") indicates the following Order

18  should issue.

19        SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

20        No further service, joinder of parties or amendments to

21  pleadings is permitted, except with leave of Court for good cause shown.

22                              DISCOVERY

23        All discovery shall be completed by December 4, 2012. In this

24  context, "completed" means that all discovery shall have been conducted

25  so that all depositions have been taken and any disputes relative to

26  discovery shall have been resolved by appropriate orders, if necessary,

27  and, where discovery has been ordered, the order has been complied with

28

                                    1

1  or, alternatively, the time allowed for such compliance shall have

2  expired.

3          Each party shall comply with Federal Rule of Civil Procedure

4  26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on

5  or before July 4, 2012, and any contradictory and/or rebuttal expert

6  disclosure authorized under Rule 26(a)(2)(D)(ii) on or before August 3,

7  2012.

8                          MOTION HEARING SCHEDULE

9          The last hearing date for a motion is February 4, 2013,

10 commencing at 9:00 a.m.[1] A motion shall be briefed as prescribed in Local

11 Rule 230.

12         The parties are cautioned that an untimely motion

13 characterized as a motion in limine may be summarily denied. A motion in

14 limine addresses the admissibility of evidence.

15                         FINAL PRETRIAL CONFERENCE

16         The final pretrial conference is set for April 8, 2013, at

17 1:30 p.m. The parties are cautioned that the lead attorney who WILL TRY

18 THE CASE for each party shall attend the final pretrial conference. In

19 addition, all persons representing themselves and appearing in propria

20 persona must attend the pretrial conference.

21         The parties are warned that **non-trial worthy issues could be**

22 **eliminated *sua sponte*** "[i]f the pretrial conference discloses that no

23 material facts are in dispute and that the undisputed facts entitle one

24 of the parties to judgment as a matter of law." Portsmouth Square v.

25 S'holders Protective Comm., 770 F.2d 866, 869 (9th Cir. 1985).

26

27
_____

28         [1]   This time deadline does not apply to motions for continuances, temporary restraining orders, emergency applications, or motions under Rule 16(e) of the Federal Rules of Civil Procedure.

1      The parties shall file a **JOINT** pretrial statement no later

2  than seven (7) calendar days prior to the final pretrial conference. The

3  joint pretrial statement shall specify the issues for trial, including

4  a description of each theory of liability and affirmative defense, and

5  shall estimate the length of the trial.[2] The Court uses the parties'

6  joint pretrial statement to prepare its final pretrial order and could

7  issue the final pretrial order without holding the scheduled final

8  pretrial conference. See Mizwicki v. Helwig, 196 F.3d 828, 833 (7th Cir.

9  1999) ("There is no requirement that the court hold a pretrial

10  conference.").

11      If possible, at the time of filing the joint pretrial

12  statement counsel shall also email it in a format compatible with

13  WordPerfect to: geborders@caed.uscourts.gov.

14                   TRIAL SETTING

15      Trial shall commence at 9:00 a.m. on July 16, 2013.

16      IT IS SO ORDERED.

17  Dated:  October 24, 2011

18

19                               _____
                                  GARLAND E. BURRELL, JR.

20                               United States District Judge

21

22

23

24

25

26

27

---

28      [2]  If a trial by jury has been preserved, the joint pretrial statement shall also state how much time each party desires for voir dire, opening statements, and closing arguments.